ORIGINAL

**FILED IN OPEN COURT**
U.S.D.C ATLANTA

OCT 1 7 2006

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA      :
                              :        CRIMINAL INDICTMENT
           v.                 :
                              :        NO.
MITCHELL ALAN SALMERON        :

4 06-CR-73 RLV

THE GRAND JURY CHARGES THAT:

On or about January 26, 2006, in the Northern District of
Georgia, the defendant, MITCHELL ALAN SALMERON, by means and use
of an instrument of interstate commerce, that is, the telephone,
willfully threatened to unlawfully damage and destroy Dade County
High School in Trenton, Georgia, by means of an explosive device,
in violation of Title 18, United States Code, Section 844(e).

A _____ true _____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

WILLIAM G. TRAYNOR
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 716634
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000